UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:26MJ4206ACL |
| | ) |
| MATTHEW L. SYKES, | ) |
| | ) |
| Defendant. | ) |

# ORDER

Pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. §3006A(c) and, the Criminal Justice Act Plan for the Eastern District of Missouri, IV, B, the Federal Public Defender for this District is hereby appointed to represent the above-named defendant for:

(x) The initial appearance.

( ) All further proceedings in this case.

*/s/ Abbie Crites-Leoni*
ABBIE CRITES-LEONI
UNITED STATES MAGISTRATE JUDGE

Dated this 17th day of September, 2026.